# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Joseph Reynolc Stull**  
                 Debtor(s)

**BK NO. 25-01918 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust II and index same on the master mailing list.

                                  Respectfully submitted,

                                  /s/ *Matthew Fissel*  
                                  Matthew Fissel  
                                  14 Jul 2025, 17:09:28, EDT

                                KML Law Group, P.C.  
                                BNY Mellon Independence Center  
                                701 Market Street, Suite 5000  
                                Philadelphia, PA  19106  
                                215-627-1322