# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joseph Reynolc Stull          BK NO. 25-01918 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust II and index same on the master mailing list.

        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
14 Jul 2025, 17:09:28, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322