UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH REYNOLD STULL | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH REYNOLD STULL | : | |
| | : | |
| Respondent(s) | : | CASE NO. **1:25-bk-01918** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Statement of Financial Affairs #27 and Schedule B #19/#37 lack description. The Debtor owns T&R Auto Service.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid – 100% plan (based on the liquidation value).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s)' plan.
      b. Dismiss or convert debtor(s)' case.
      c. Provide such other relief as is equitable and just.

Dated: August 14, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

NICHOLAS G PLATT, ESQUIRE
230 YORK STREET
MOONEY LAW
HANOVER, PA 17331-

Dated:      August 14, 2025

                                            /s/ Jack N. Zaharopoulos
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee