## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: Joseph Reynold Stull | : | Chapter 13 |
| Debtor | : | Case No. 1:25-bk-01918-HWV |
| | : | |
| UMB Bank, National Association, not in its individual capacity, but soley as legal title trustee for PRL Title Trust II | : | |
| Movant | : | |
| | : | |
| Joseph Reynold Stull | : | |
| Respondent | : | |
| | : | |
| Jack N. Zaharopoulos | : | |
| TRUSTEE | : | |

### DEBTORS' RESPONSE TO UMB BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS LEGAL TITLE TRUSTEE FOR PRL TITLE TRUST II'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, UMB Bank, National Association, not in its individual capacity, but soley as legal title trustee for PRL Title Trust II, filed its Motion For Relief From The Automatic Stay on December 2, 2025.

2. Debtor filed an amended plan on November 4, 2025, which includes a conduit payment.

3. Debtor currently has a pending payment in the amount of $1,565 scheduled through the TFS Bill Pay system for his November plan payment.

4. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Joseph Reynold Stull, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed December 2, 2025 by UMB Bank, National Association, not in its individual capacity, but soley as legal title trustee for PRL Title Trust II.

Dated: December 15, 2025

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax