**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                                    Case No. 1:25-bk-01918

    Joseph Stull                             Chapter 13
    Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/7/2026, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2026

                                                                     /s/ Nicholas G. Platt
                                                                       Nicholas G. Platt
                                                                       Bar No. 327239
                                                                       Mooney Law
                                                                       230 York Street
                                                                       Hanover PA 17331-0000
                                                                       (717)632-4656
                                                                       ngp@mooney4law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                                    Case No. 1:25-bk-01918

    Joseph Stull                               Chapter 13

    Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/7/2026, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2026

*/s/ Melissa Membrino*

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/7/2026, I caused a copy of the Order Confirming Amended Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | |
|---|---|---|---|
| Quincy Township | c/o Portnoff Law Associates, Ltd. | P.O. Box 3020 | Norristown PA 19404-3020 |
| Credit Collection Services | Attn: Bankruptcy | 725 Canton St | Norwood MA 02062-2679 |
| Thomas Browning | 252 Grant Street | | Greencastle PA 17225-1014 |
| UMB Bank, National Association | c/o KML Law | 701 Market Street | Philadelphia PA 19106-1538 |
| United States Trustee | US Courthouse | 1501 N. 6th St | Harrisburg PA 17102-1104 |
| Wellspan | P O Box 15119 | | York PA 17405-7119 |
| JACK N ZAHAROPOULOS | ATTN CHAPTER 13 TRUSTEE | 8125 ADAMS DRIVE SUITE A | Hummelstown PA 17036-8625 |
| Joseph Reynold Stull | 8724 Mormon Church Road | | Waynesboro PA 17268-9754 |