**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:      Joseph Reynold Stull        :      Chapter 13
                                      :
                   Debtor(s).    :      Bankruptcy No.  25-01918

### PRAECIPE TO WITHDRAW PROOF OF CLAIM #2
### OF QUINCY TOWNSHIP

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #2 of Quincy Township.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   _/s/ James R. Wood, Esquire_
        James R. Wood, Esquire
        2700 Horizon Drive, Suite 100
        King of Prussia, PA  19406
        (484) 690-9341

Dated:  February 27, 2026

24-68203-0